UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:15-CR-069-RMP-3 |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO MODIFY |
| vs. | |
| JENNIFER GOMEZ | |
| Defendant. | |

At Defendant's September 24, 2015 motion for reconsideration, the United States was represented by Assistant U.S. Attorney Matthew Duggan; the Defendant was in custody and present with attorney C. Mark Casey.

Before the Court is Defendant's Motion for Reconsideration of Detention Order. ECF No. 81. Defendant seeks to release to new proposed release address.

The Court has considered Defendant's Motion, ECF 81, as well as the Pretrial Services Report and Supplemental Pretrial Services Report. The Court finds circumstances do not appear to have changed since Defendant's conditions of release were imposed. Accordingly, the Defendant's Motion, **ECF No. 81,** is **DENIED.** Defendant shall abide by all previous conditions of release.

**IT IS SO ORDERED.**

DATED September 24, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO MODIFY - 1