PROB 12C
(6/16)

Report Date: March 7, 2022

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jennifer Gomez                  Case Number: 0980 2:15CR00069-RMP-3

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 27, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846. |
| Original Sentence: | Prison - 37 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Kathryn Lucido |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 7, 2018

Date Supervision Expires: March 12, 2023

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Jennifer Gomez is alleged to have violated her supervised release conditions by failing to provide a urinalysis (UA) by stalling to Merit Resource Services (Merit) on February 18, 2022, as directed.<br><br>On March 12, 2018, conditions of release were reviewed and signed by Ms. Gomez, acknowledging and understanding special condition number 19, which requires her to submit to UA as directed. On this same date, Ms. Gomez also reviewed and signed the substance abuse testing instructions acknowledging her understanding of the testing program.<br><br>On February 18, 2022, this officer directed Ms. Gomez to provide a UA to Merit. Ms. Gomez agreed to complete her UA. However, at approximately 5:38 p.m., this officer received a text message from Ms. Gomez stating that she was unable to provide a UA to Merit. This officer encouraged Ms. Gomez to work with the staff at Merit to submit a UA before closing at 6 p.m. |

Prob12C
Re: Gomez, Jennifer
March 7, 2022
Page 2

On February 22, 2022, this officer contacted staff at Merit to confirm if Ms. Gomez provided a UA, and was informed that she attempted twice and was unsuccessful.

2    **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Jennifer Gomez is alleged to have violated her supervised release conditions by testing positive for methamphetamine on February 22, 2022.

On March 12, 2018, conditions of release were reviewed and signed by Ms. Gomez, acknowledging and understanding special condition number 19, which requires her to abstain from illegal controlled substances.

On February 22, 2022, Ms. Gomez reported to Merit and provided a urinalysis sample that tested presumptive positive for methamphetamine. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. While at Merit, Ms. Gomez signed an admission/denial form denying she consumed methamphetamine.

On March 1, 2022, this officer received the results from Alere, showing the urine sample collected on February 22, 2022, was confirmed positive for the presence of amphetamine/methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 7, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/7/2022
Date