PROB 12C
(6/16)

Report Date: March 29, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jennifer Gomez | Case Number: | 0980 2:15CR00069-RMP-3 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: October 27, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846 | |
| Original Sentence: | Prison - 37 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 7, 2018 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: March 12, 2023 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 7 and 22, 2022.

On March 12, 2018, supervised release conditions were reviewed and signed by Ms. Gomez acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Jennifer Gomez is alleged to have violated her supervised release conditions by failing to provide a urinalysis (UA) to Merit Resource Services (Merit) on March 24 and 25, 2022, as directed. |
| | On September 27, 2021, the substance abuse testing instructions were reviewed with Ms. Gomez. Ms. Gomez verbally acknowledged her understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Ms. Gomez was to report to Merit and submit to a drug screen. |

Prob12C
**Re: Gomez, Jennifer**
**March 29, 2022**
**Page 2**

On March 25, 2022, this officer contacted Ms. Gomez via telephone to inform her an email had been received from Merit regarding her missed UA on March 24, 2022. When this officer inquired as to why she had missed her UA, Ms. Gomez stated she did not provide a UA to Merit because she thought her UA would still be positive for methamphetamine. This officer explained to Ms. Gomez if she last consumed methamphetamine on March 15, 2022, her UA would be clean. This officer asked Ms. Gomez if she could provide a UA to Merit after work, by 6 p.m., on March 25, 2022. Ms. Gomez stated she would provide a UA by 6 p.m that day.

On March 28, 2022, this officer contacted staff at Merit to inquire if Ms. Gomez submitted a UA on March 25, 2022. Staff at Merit verified that Ms. Gomez did not submit a UA on that date.

| | |
|---|---|
| 7 | **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Gomez is alleged to have violated her conditions of supervised release by consuming methamphetamine on or before March 24, 2022.

On March 29, 2022, Ms. Gomez reported to the probation office. While in the office, Ms. Gomez admitted she relapsed on March 24, 2022, by consuming methamphetamine. Additionally, Ms. Gomez signed an Admission/Denial Report form admitting she consumed methamphetamine on March 24, 2022.

| | |
|---|---|
| 8 | **Special Condition #21**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from the substance. |

**Supporting Evidence**: Ms. Gomez is alleged to have violated her conditions of supervised release by consuming alcohol on or before March 24, 2022.

On March 29, 2022, Ms. Gomez reported to the probation office. While in the office, Ms. Gomez admitted she relapsed on March 24, 2022, by consuming alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 29, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
Re: Gomez, Jennifer
March 29, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

3/29/2022
Date