PROB 12C
(6/16)

Report Date: April 1, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2022

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jennifer Gomez | Case Number: 0980 2:15CR00069-RMP-3 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: October 27, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846 |
| Original Sentence: | Prison - 37 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: March 7, 2018 |
| Defense Attorney: | Nick Mirr |
| | Date Supervision Expires: March 12, 2023 |

## PETITIONING THE COURT

To  incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 7, 22, and 29, 2022.

On March 12, 2018, supervised release conditions were reviewed and signed by Ms. Gomez acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Jennifer Gomez is alleged to have violated her supervised release conditions by failing to provide a urinalysis (UA) to Merit Resource Services (Merit) on March 29, 2022, as directed.<br><br>On September 27, 2021, the substance abuse testing instructions were reviewed with Ms. Gomez.  Ms. Gomez verbally acknowledged her understanding of the testing program, and was instructed to call the Merit colorline system for the color brown. When the color brown was called, Ms. Gomez was to report to Merit and submit to a drug screen. |

Prob12C
Re: Gomez, Jennifer
**April 1, 2022**
Page 2

On March 30, 2022, this officer received a letter from Merit stating that Ms. Gomez failed to submit a UA on March 29, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 1, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

4/1/2022

Date