PROB 12C
(6/16)

Report Date: May 2, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 03, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jennifer Gomez          Case Number: 0980 2:15CR00069-RMP-3

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: October 27, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846 |
| Original Sentence: | Prison - 37 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Nick Mirr |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 7, 2018

Date Supervision Expires: March 12, 2023

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 7, 22, 29, and April 1, 2022.

On March 12, 2018, supervised release conditions were reviewed and signed by Ms. Gomez acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

10    **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Gomez is alleged to have violated her conditions of supervised release by consuming methamphetamine and amphetamine on or before April 13, 2022.

On April 14, 2022, this officer spoke to staff at Merit Resource Services (Merit) who reported Ms. Gomez reported to Merit on April 13, 2022, and provided a urinalysis (UA) sample that tested presumptive positive for methamphetamine. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. While at Merit, Ms. Gomez signed an admission/denial form admitting she consumed methamphetamine.

Prob12C
Re: Gomez, Jennifer
May 2, 2022
Page 2

On April 15, 2022, while this officer was conducting a home visit to Ms. Gomez's residence, Ms. Gomez admitted to consuming "a lot of meth" the night before her court hearing on April 7, 2022, which is the reason she believed her UA would still be positive.

On April 20, 2022, this officer received the results from Alere, showing the UA sample collected on April 13, 2022, was confirmed positive for the presence of methamphetamine and amphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  May 2, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Rosanna Malouf Peterson
Signature of Judicial Officer

5/3/2022
Date