PROB 12C
(6/16)

Report Date: August 31, 2022

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 31, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jennifer Gomez                    Case Number: 0980 2:15CR00069-RMP-3

Address of Offender: ███████████████    Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 27, 2016

Original Offense:        Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of
                         Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii), and 846

Original Sentence:       Prison - 37 months              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard            Date Supervision Commenced: March 7, 2018

Defense Attorney:        Nick Mirr                       Date Supervision Expires: March 12, 2023

---

### PETITIONING THE COURT

To issue a summons.

On March 12, 2018, supervised release conditions were reviewed and signed by Ms. Gomez acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Jennifer Gomez is alleged to have violated her conditions of supervised release by failing to submit a valid urinalysis (UA) test, by using a device to defeat or falsify a UA on August 3, 2022.

On August 4, 2022, this officer received a phone call from staff at Merit Resource Services. Merit staff stated Ms. Gomez had reported for her colorline UA on August 3, 2022.  While in the restroom, a Merit staff member observed a nipple of a bottle protruding while Ms. Gomez was urinating. When Merit staff removed Ms. Gomez from the restroom and confronted her about the device, she repeatedly denied any wrongdoing. Merit staff informed Ms. Gomez they would have to document the incident.

Prob12C
**Re: Gomez, Jennifer**
**August 31, 2022**
**Page 2**

That same day, this officer attempted to call Ms. Gomez and left a voicemail with instructions to return the call. This officer also sent text messages to Ms. Gomez with the same request. Later in the day, this officer received a text message from Ms. Gomez. She stated she had reported to Merit as directed for her UA; however, staff had removed her from the restroom for an illegal device. Ms. Gomez denied having any device inside of her at the time of her UA.

2    **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jennifer Gomez is alleged to have violated her supervised release conditions by failing to provide a UA to Merit on August 3 and 18, 2022, as directed.

As stated in violation number 1, on August 4, 2022, this officer received a phone call from staff at Merit advising Ms. Gomez had reported for her colorline UA on August 3, 2022, and was observed with a nipple of a bottle protruding while Ms. Gomez was urinating. She was removed from the restroom and confronted about the device. Ms. Gomez repeatedly denied any wrongdoing. Merit staff informed Ms. Gomez that they would have to document the incident. Because Ms. Gomez did not admit to having the device, she also failed to provide a UA on August 3, 2022.

On August 18, 2022, this officer received a voicemail from Ms. Gomez stating she was unable to provide her UA to Merit, as she could not fill the cup with enough urine to complete the test.

On August 19, 2022, this officer received a phone call from staff at Merit and they verified Ms. Gomez had reported for her UA on August 18, 2022, but could not provide enough urine to fill the cup.

3    **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Gomez is alleged to have violated her conditions of supervised release by consuming controlled substances, methamphetamine and amphetamine, on or before August 5, 2022.

On August 5, 2022, Ms. Gomez reported to the probation office as directed and was asked to provide a UA. Ms. Gomez indicated she was prepared to provide one. The UA was presumptive positive for methamphetamine, yet there was not enough urine to reach the cutoff line. Ms. Gomez denied consuming any controlled substances.

Because she could not provide a sufficient sample, a Sweat Patch was utilized on Ms. Gomez. Sweat Patch #B0001853651 was placed on Ms. Gomez's upper left arm to monitor substance abuse. On August 12, 2022, the Sweat Patch was removed and sent to the lab for testing.

Prob12C
**Re: Gomez, Jennifer**
**August 31, 2022**
**Page 3**

On August 24, 2022, this officer received the results from the Sweat Patch. The results were confirmed positive for the presence of 6,065 ml of methamphetamine and 595 ml of amphetamine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     August 31, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[  ]    Other

_Rosanna Malouf Peterson_
Signature of Judicial Officer

8/31/2022

Date