PROB 12C
(6/16)

Report Date: November 16, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jennifer Gomez | Case Number: 0980 2:15CR00069-RMP-3 |
| Address of Offender: ███████████████ | Yakima, Washington 98902 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: October 27, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846 | |
| Original Sentence: | Prison - 37 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: March 7, 2018 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: March 12, 2023 |

## PETITIONING THE COURT

To  incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 31, 2022.

On March 12, 2018, supervised release conditions were reviewed and signed by Ms. Gomez acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Jennifer Gomez is alleged to have violated her conditions of supervised release by failing to submit a valid urinalysis (UA) test, by using a device to defeat or falsify a UA on November 15, 2022.<br><br>On November 15, 2022, this officer received several text messages from Ms. Gomez denying any wrongdoings while she was at Merit Resource Services (Merit) attempting to provide a UA. This officer directed Ms. Gomez to provide a UA to Merit on November 16, 2022, by noon. Ms. Gomez said she would. |

Prob12C
**Re: Gomez, Jennifer**
**November 16, 2022**
**Page 2**

On November 16, 2022, this officer received a phone call from staff at Merit Resource Services. Merit staff stated Ms. Gomez had reported for her colorline UA on November 15, 2022. While in the restroom, a Merit staff member observed a black and white object with a punctured hole at the tip and knot on top and bottom during the UA process. When Merit staff removed Ms. Gomez from the restroom and confronted her about the device, she repeatedly denied any wrongdoing. Merit staff informed Ms. Gomez they would have to document the incident.

5    **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Jennifer Gomez is alleged to have violated her supervised release conditions by failing to provide a UA to Merit on November 15 and 16, 2022, as directed.

As stated in violation number 4, on November 16, 2022, this officer received a phone call from staff at Merit advising Ms. Gomez had reported for her colorline UA on November 15, 2022, and was observed with a black and white object with a punctured hole at the tip and knot on top and bottom during the UA process. She was removed from the restroom and confronted about the device. Ms. Gomez repeatedly denied any wrongdoing. Merit staff informed Ms. Gomez that they would have to document the incident. Because Ms. Gomez did not admit to having the device, she also failed to provide a UA on November 15, 2022

On November 16, 2022 at approximately 1:05 p.m., this officer asked Ms. Gomez if she submitted a UA to Merit. Ms. Gomez said she did not because she just was getting up.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 16, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
**Re: Gomez, Jennifer**
**November 16, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

11/16/2022
_____
Date