PROB 12C
(6/16)

Report Date: November 17, 2022

## United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jennifer Gomez                    Case Number: 0980 2:15CR00069-RMP-3

Address of Offender:                                Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: October 27, 2016

Original Offense:    Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846

Original Sentence:   Prison - 37 months              Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney: Caitlin A. Baunsgard            Date Supervision Commenced: March 7, 2018

Defense Attorney:    Nick Mirr                       Date Supervision Expires: March 12, 2023

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on August 31, 2022, and November 16, 2022.

On March 12, 2018, supervised release conditions were reviewed and signed by Ms. Gomez acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

          6             **Special Condition #19**: The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                        **Supporting Evidence**: Jennifer Gomez is alleged to have violated her conditions of supervised release by failing to submit a valid urinalysis (UA), by using a device to defeat or falsify a UA on November 16, 2022.

                        On November 16, 2022, during Ms. Gomez's revocation hearing, U.S. District Judge Peterson directed Ms. Gomez to report to the probation office after Court and provide a UA. Ms. Gomez told Judge Peterson she would. After Court, Ms. Gomez arrived at the probation office with her assigned federal defender, Paul Shelton. Ms. Gomez was escorted to the UA

Prob12C
Re: Gomez, Jennifer
November 17, 2022
Page 2

bathroom by U.S. Probation Officer (USPO) Mendoza. Ms. Gomez failed to provide a UA on two separate attempts. On the third attempt, USPO Mendoza observed a nipple of a bottle protruding while Ms. Gomez was sitting on the toilet. USPO Mendoza directed Ms. Gomez to remove the device, but unfortunately, she denied any wrongdoing. Ms. Gomez was escorted from the UA bathroom to the hallway where Mr. Shelton and this officer were standing. This officer encouraged Ms. Gomez to be honest, but she continued denying using devices to defeat or falsify her UA. She was escorted out of the probation office. I explained to Ms. Gomez I would request a warrant tomorrow, and she would be contacted to turn herself into the U.S. Marshals Service. Ms. Gomez voiced her understanding.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 17, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/17/2022
Date