PROB 12C
(6/16)

Report Date: May 5, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2023

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jennifer Gomez | Case Number: 0980 2:15CR00069-RMP-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: October 27, 2016

Original Offense: Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846

Original Sentence: Prison - 37 months; TSR - 60 months          Type of Supervision: Supervised Release

Revocation Sentence: (December 1, 2022)    Prison - 3 months; TSR - 36 months

Asst. U.S. Attorney: Caitlin A. Baunsgard          Date Supervision Commenced: February 14, 2023

Defense Attorney: Alex B. Hernandez, III          Date Supervision Expires: February 13, 2026

### PETITIONING THE COURT

To issue a summons.

On March 14, 2023, Ms. Gomez reviewed her conditions of supervised release. She acknowledged an understanding of all the conditions and made a commitment to abide by the supervised release conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Ms. Gomez is considered to be in violation of her conditions of supervised release by allegedly committing two counts of Fourth Degree Assault, in violation of Revised Code of Washington (RCW) 9A.36.041.2: Yakima Municipal Court case number 3A0381767, on April 29, 2023. |
| | According to the Yakima Police Department (YPD) narrative report, incident number 23Y013312, the following occurred: |
| | On April 29, 2023, YPD responded to 504 South 13th Street Yakima, Washington, for a report of domestic violence. YPD contacted the victims of the assault and the victims |

Prob12C
Re: Gomez, Jennifer
May 5, 2023
Page 2

    reported Ms. Gomez and two other assailants assaulted both victims by grabbing their hair and hitting them. YPD observed large chunks of human hair around the house and observed several puddles of fresh blood droplets in the house. After the assault occurred, Ms. Gomez left the scene and was arrested short time later at her residence in Yakima, Washington, with the other assailants. One of the assailants was charged with a felony assault.

    Ms. Gomez was placed in Yakima County Jail and bailed out of custody on April 30, 2023. She reported to the probation office on May 1, 2023, and denied being involved in the alleged assault. She reported she was at 504 South 13th Street in Yakima, when the physical altercation occurred and left before YPD arrived.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

5/8/2023
Date