PROB 12C
(6/16)

Report Date: July 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jennifer Gomez | Case Number: 0980 2:15CR00069-RMP-3 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge | |
| Date of Original Sentence: October 27, 2016 | |
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846. |
| Original Sentence: Prison - 37 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (December 1, 2022) Prison - 3 months; TSR - 36 months | |
| Asst. U.S. Attorney: Frances E. Walker | Date Supervision Commenced: February 14, 2023 |
| Defense Attorney: Nick Mirr | Date Supervision Expires: February 13, 2026 |

### PETITIONING THE COURT

To incorporate the below-noted violation with the pending violation petition previously submitted to the Court dated May 8, 2023 (ECF No. 284).

On March 14, 2023, Ms. Gomez reviewed her conditions of supervised release. She acknowledged an understanding of all the conditions and made a commitment to abide by the supervised release conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Ms. Gomez is considered to be in violation of her conditions of supervised release by consuming ethanol (alcohol), on or before July 5, 2023. |
| | On July 11, 2023, this officer was contacted via telephone by Ms. Gomez' substance abuse treatment counselor at Triumph Treatment Services advising that on July 5, 2023, Ms. Gomez submitted a drug test at their office, which was sent to Labcorp testing facility. |

Prob12C
Re: Gomez, Jennifer
July 12, 2023
Page 2

Results were received on July 10, 2023, reflecting a confirmed positive result for ethanol (alcohol) at 70,028 ng/mg. Per the counselor, Ms. Gomez denied consuming alcohol and stated she used Chloraseptic throat spray. The counselor stated she plans to have Ms. Gomez write a two page report on over the counter medications that can cause positive results in a drug test. She further stated due to Ms. Gomez not being honest, she plans to staff her case with her clinical supervisor and Ms. Gomez could be looking at being referred to a higher level of care.

On July 11, 2023, this officer met with Ms. Gomez at the probation office. Ms. Gomez continued to deny she consumed alcohol.

On July 12, 2023, this officer was contacted via email by Ms. Gomez' treatment counselor at Triumph Treatment Services. She advised she called and spoke to Labcorp regarding the positive urine sample for alcohol dated July 5, 2023. Per the counselor, Labcorp stated she would have had to "drink multiple bottles of alcohol" for her to produce the level of ethanol (alcohol) in her urine screen.

The U.S. Probation Office respectfully recommends the Court incorporate the above violation with the pending violation petition submitted to the Court on May 8, 2023 (ECF No. 284).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 12, 2023

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

7/12/2023
Date