PROB 12C
(6/16)

Report Date: August 28, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jennifer Gomez                                        Case Number: 0980 2:15CR00069-RMP-3

Address of Offender:                              Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: October 27, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(C)(viii) and 846. |
| Original Sentence: | Prison - 37 months   Type of Supervision: Supervised Release<br>TSR - 60 months |
| Revocation Sentence:<br>(December 1, 2022) | Prison - 3 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Christopher Bridger    Date Supervision Commenced: February 14, 2023 |
| Defense Attorney: | Nick Mirr    Date Supervision Expires: February 13, 2026 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 8, 2023 and July 12, 2023.

On March 14, 2023, Ms. Gomez reviewed her conditions of supervised release. She acknowledged and understanding of all the conditions and made a commitment to abide by the supervised release conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Ms. Gomez is considered to be in violation of her conditions of supervised release by allegedly driving under the influence (DUI) of alcohol, in violation of Revised Code of Washington (RCW) 46.61.502: Yakima Municipal Court case number 3A0522270, on August 26,2023<br><br>According to the Yakima Police Department (YPD) narrative report, incident number 23Y028086, the following occurred: |

Prob12C
**Re: Gomez, Jennifer**
**August 29, 2023**
**Page 2**

On August 26, 2023, at approximately 12:09 a.m., YPD observed the vehicle Ms. Gomez was driving make an improper turn by turning into the center lane instead of the curb lane. The vehicle then drifted into the curb and back into the center lane after driving approximately 20 feet. YPD officer conducted a traffic stop and contacted Ms. Gomez. When YPD contacted Ms. Gomez, there was the odor of intoxicating beverages emitting from the vehicle and the officer observed three unopened bottles of Corona beer in the back left passenger seat. YPD also observed Ms. Gomez' eyes were watery.

Ms. Gomez was asked to complete the voluntary Standardized Field Sobriety Tests (SFST), and she agreed to participate in the tests. After completing the SFST, Mr. Gomez was determined to be impaired and placed into custody. She was transported to the police department for DUI processing. At the police station Ms. Gomez provide two breath samples into the Draeger instrument ethanol detection technology, which resulted in the following; result one: .099 infrared (IR), electrochemical cell (EC) .102, and result two: .101 IR, EC. 102.

YPD then checked Ms. Gomez's criminal history and discovered Ms. Gomez has two previous convictions for DUI. Ms. Gomez was booked into Yakima County. She made her first court appearance in Yakima Municipal Court on August 28, 2023, and her next court date is scheduled for September 18, 2023. Ms. Gomez bailed out of custody on August 28, 2023, after her first court appearance.

| | |
|---|---|
| 4 | **Special Condition #4**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Ms. Gomez is considered to be in violation of her conditions of supervised release by consuming alcohol, on or about August 25, 2023.

On August 28, 2023, Ms. Gomez reported to the probation office, after she released from Yakima County Jail. Ms. Gomez admitted to consuming two 12-ounce Coronas before she was arrested for DUI on August 26, 2023. Ms. Gomez was honest and forthcoming about her consumption of alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 29, 2023

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Gomez, Jennifer**
**August 29, 2023**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[x]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

          8/29/2023
_____
Date